HENRY EMERY *vs.* JAMES MAGUIRE.

Kennebec. Opinion January 8, 1895.

*Fences. Fence-viewers. Notice. Adjudication.* R. S., c. 22, § § 4, 5, 6.

A notice by fence viewers to co-terminous proprietors to meet on a certain day for a hearing of the parties before them "unless very stormy, and, if very stormy, on the next pleasant day following except Sunday," is bad for uncertainty, rendering any adjudication made by them void, it not appearing that the parties were actually present in pursuance of such notice.

An adjudication of fence viewers is void if it does not declare the fence built by the complaining party "to be sufficient."

ON REPORT.

The case appears in the opinion.

*J. A. Sheehan*, for plaintiff.

*F. E. Southard*, for defendant.

SITTING: PETERS, C. J., WALTON, FOSTER, HASKELL, WHITEHOUSE, STROUT, JJ.

PETERS, C. J. This is an action by the plaintiff to recover of the defendant the statutory penalty for the latter's neglect to

build a parcel of division-fence on a line between their respect-
ive estates as co-terminous proprietors. It is claimed by the
plaintiff that proper proceedings were had under the statutes
and that his claim has been legally established by an adjudication
of fence-viewers in his favor.

We see, however, no way to escape the conclusion that the
proceedings must be declared to be void upon either one of two
grounds of objection presented by the defendant.

First : In all the notices given by the fence-viewers to the
parties, directing any meeting on the premises, a day certain is
named with the following qualification annexed thereto, " unless
very stormy, and, if very stormy, on the next pleasant day follow-
ing, except Sunday." This notice would serve its purpose pro-
vided the parties appeared in pursuance of the same. But it
nowhere is shown that the defendant paid any attention to the
proceedings at any time. The notices should have been unqualified
and unconditional. For this defect the proceedings are void.

Second : The fence-viewers do not in their adjudication
declare the fence built by the plaintiff to be "sufficient." For
this reason also are the proceedings void. *Briggs* v. *Haynes*,
68 Maine, 535.

*Plaintiff nonsuit.*